# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

JORDAN COOPER, DDS                                                                                    PLAINTIFF

v.                                      No. 4:14CV00662 JLH

ANN RICHARDS MOVIE, LLC;
NEWCOAST ENTERTAINMENT, LLC;
ANN RICHARDS FILM, LLC;
and KEITH PATTERSON                                                                                DEFENDANTS

## ORDER

The plaintiff's motion to dismiss without prejudice is GRANTED. Document #14. This action is hereby dismissed without prejudice as to all defendants.

IT IS SO ORDERED this 20th day of March, 2015.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE